# Third District Court of Appeal

## State of Florida

Opinion filed April 28, 2021.
Not final until disposition of timely filed motion for rehearing.

————————————

Nos. 3D19-2222 & 3D19-2221
Lower Tribunal No. 18-23431

————————————

**Michael Anthony Herman and Paulie R. Hankin,**
Appellants,

vs.

**Chad Hankin,**
Appellee.

Appeals from the Circuit Court for Miami-Dade County, Maria Elena Verde, Judge.

Nancy A. Hass, P.A., and Nancy A. Hass (Ft. Lauderdale); Abramowitz and Associates, and Jordan B. Abramowitz, for appellants.

Marks & West, P.A., and Evan R. Marks and Carolyn W. West, for appellee.

Before LINDSEY, HENDON, and BOKOR, JJ.

PER CURIAM.

Affirmed.